# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG MOSS, | : | |
|     Petitioner | : | |
| | : | No. 1:19-cv-2129 |
| v. | : | |
| | : | (Judge Rambo) |
| SCOTT A. WOOLF, *et al.*, | : | |
|     Respondents | : | |

## ORDER

**AND NOW**, on this 2nd day of March 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Respondents' motion to dismiss (Doc. No. 9) is **GRANTED**;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED as moot**. This dismissal does not affect Petitioner's right to pursue his constitutional claims regarding his conditions of parole in a civil rights action or his claims regarding Respondents' failure to comply with an expungement order in a mandamus action; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                     s/ Sylvia H. Rambo
                                                   United States District Judge